UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 22-cv-07720-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On December 7, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William H. Alsup to determine whether it is related to Chavez v. San Francisco Bay Area Rapid Transit District, No. 22-cv-6119 WHA.

**IT IS SO ORDERED.**

Dated: March 27, 2023

DONNA M. RYU
Chief Magistrate Judge