1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG LLP
2  JAMES M. HANLON, JR., Bar No. 214096
   VICTORIA R. NUETZEL, Bar No. 115124
3  DAWSON P. HONEY, Bar No. 347217
   One Walnut Creek Center
4  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
5  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
6  jhanlon@glynnfinley.com
   vnuetzel@glynnfinley.com
7  dhoney@glynnfinley.com

8  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
9  SAM N. DAWOOD, Bar No. 178862
   2150 Webster St., 10th Floor
10 Oakland, CA 94612
   Telephone: (510) 464-6023
11 Facsimile: (510) 464-6049
   sdawood@bart.gov

12

   Attorneys for Defendant
13 San Francisco Bay Area Rapid Transit District

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | BRADFORD MITCHELL,                     | ) | **Case No. Case No. 3:22-cv-07720-WHA** |
|----|----------------------------------------|---|----------------------------------------|
| 18 |         Plaintiff,                     | ) | **Consolidated Cases:**                |
| 19 |   vs.                                  | ) | **Case No. 3:22-cv-06119-WHA**         |
|    |                                        | ) | **Case No. 3:22-cv-09193-WHA**         |
| 20 | SAN FRANCISCO BAY AREA RAPID           | ) |                                        |
|    | TRANSIT DISTRICT,                      | ) | **NOTICE OF APPEAL**                   |
| 21 |                                        | ) |                                        |
|    |         Defendant.                     | ) |                                        |
| 22 |                                        | ) |                                        |

- 2 -

1    Notice is hereby given that Defendant San Francisco Bay Area Rapid Transit District appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on October 23, 2024 (Dkt. 226), the Order Denying Defendant's Rule 50 and Rule 59 Motions entered in this action on December 30, 2024 (Dkt. 249), and any related rulings, findings, and conclusions.

Dated: January 27, 2025

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
JAMES M. HANLON, JR.
VICTORIA R. NUETZEL
DAWSON P. HONEY

By: /s/ *James M. Hanlon, Jr.*
Attorneys for Defendant San Francisco
Bay Area Rapid Transit District